1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

9

10 | EVA LOPEZ,                                    ) Case No.: 2:20-cv-09658-SP
                                                  )
11 |          Plaintiff,                          ) ORDER AWARDING EQUAL
                                                  ) ACCESS TO JUSTICE ACT
12 |     vs.                                      ) ATTORNEY FEES AND EXPENSES
                                                  ) PURSUANT TO 28 U.S.C. § 2412(d)
13 | ANDREW SAUL,                                 ) AND COSTS PURSUANT TO 28
    Commissioner of Social Security,             ) U.S.C. § 1920
14 |                                              )
                                                  )
15 |          Defendant                           )
                                                  )
16 | _____)

17          Based upon the parties' Stipulation for the Award and Payment of Equal

18   Access to Justice Act Fees, Costs, and Expenses:

19          IT IS ORDERED that fees and expenses in the amount of $1,800.00 as

20   authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

21   awarded subject to the terms of the Stipulation.

22   DATE:  July 7, 2021

23                                   _____
                                     THE HONORABLE SHERI PYM
24                                   UNITED STATES MAGISTRATE JUDGE

25

26

1    Respectfully submitted,

2    LAW OFFICES OF LAWRENCE D. ROHLFING

3        /s/ *Brian C. Shapiro*

     _____
4    Brian C. Shapiro
     Attorney for plaintiff Eva Lopez

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26